UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KAREEM ESHUN, | : | |
| Petitioner, | : | CIVIL ACTION |
| v. | : | |
| | : | No. 2:15-cv-1001 |
| MAHALLAY, et al., | : | |
| Respondents. | : | |

**O R D E R**

**AND NOW**, this 26th day of June, 2015, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation, ECF No. 8, is **ADOPTED**;

2. The petition for writ of habeas corpus, ECF No. 1, is **DENIED**; and

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge